JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAIGE P. YEH, ESQUIRE - State Bar #229197
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
Email: jgoodman@gnhllp.com; pyeh@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL VILLAREAL; CLAUDINA VILLAREAL, <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC.; AND DOES 1 TO 10, INCLUSIVE, <br><br> Defendants. | Case No. <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 AND 1446(b) BASED ON DIVERSITY OF CITIZENSHIP UNDER 28 U.S.C. § 1332** <br><br> **JURY TRIAL DEMANDED** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant HOME DEPOT U.S.A., INC. (hereinafter "HOME DEPOT"), by and through its counsel, hereby removes the above-captioned action from the Superior Court of the State of California, in and for the County of Santa Clara, to the United States District Court, Northern District of California, for the reasons described below:

1. HOME DEPOT is the sole named Defendant in a civil action pending against it in the Santa Clara County Superior Court, entitled *Manuel Villareal, et al. vs. Home Depot USA, Inc.*, Case No. 22CV397265.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint. HOME DEPOT U.S.A., INC. timely filed an Answer to the Complaint on June 9, 2022.

1  A filed-endorsed copy of the Answer is attached as **Exhibit B**.

2      3.    Venue is proper in this Court because the boundaries of the United States

3  District Court for the Northern District of California, pursuant to 28 U.S.C. § 84(b)

4  include Santa Clara County.

5      4.    Following the filing of this Notice of Removal of Action, written notice of

6  this filing will be served on counsel for Plaintiffs MANUEL VILLAREAL and

7  CLAUDINA VILLAREAL ("Plaintiffs") and will be filed with the Clerk of the Superior

8  Court of California for the County of Santa Clara, in accordance with 28 U.S.C.

9  § 1446(d).

**JURISDICTION**

11      5.    This is a civil action over which this Court has original jurisdiction under

12  28 U.S.C. § 1332. This case may be removed to this Court by HOME DEPOT pursuant to

13  the provisions of 28 U.S.C. §§ 1441(b) and 1446 in that it is a case that could have been

14  commenced in federal court based on diversity of citizenship.

15      6.    Diversity jurisdiction applies for the following reasons:

16      a.    At all times relevant to removal jurisdiction, Plaintiffs are and were

17  residents of the State of California.

18      b.    Both at the time that this action was commenced and at this time,

19  HOME DEPOT U.S.A., INC. was incorporated in Delaware and has its principal place of

20  business in Georgia. HOME DEPOT U.S.A., INC.'s corporate offices are located in

21  Atlanta, Georgia, where its finance, accounting, purchasing, treasury, marketing, training,

22  human resources, information systems, internal audit, and legal departments are located,

23  making policy decisions that affect the entire company. "'[P]rincipal place of business'

24  refers to the place where a corporation's officers direct, control, and coordinate the

25  corporation's activities… i.e., the 'nerve center.'" (*Hertz Corp. v. Friend*, 130 S.Ct. 1181,

26  1184 (U.S., 2010).) "For purposes of removal… the citizenship of defendants sued under

27  fictitious names shall be disregarded." (28 U.S.C. §1441(a).)

28      c.    On August 22, 2022, Plaintiffs served their Statements of Damages,

Goodman
Neuman
Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA
94104
Tel.: (415) 705-0400

alleging damages in excess of $75,000. (**Exhibit A and B**.) Accordingly, the amount in controversy between the parties exceeds the $75,000.00 threshold specified in 28 U.S.C. § 1332(a).

7. Based on the foregoing, the matter is removable pursuant to 28 U.S.C. §§ 1332 and 1446(b).

WHEREFORE, the undersigned requests that the action described above be removed in its entirety to this Court for all further proceedings pursuant to 28 U.S.C. § 1441, et seq.

## DEMAND FOR JURY TRIAL

Defendant demands a jury trial of 8 jurors pursuant to Federal Rules of Court, Rule 48.

DATED:  August 29, 2022                         GOODMAN NEUMAN HAMILTON LLP

By:   /s/ Paige P. Yeh
JOSHUA S. GOODMAN
PAIGE P. YEH
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

Goodman Neuman Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA 94104
Tel.: (415) 705-0400