# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| NICHOLAS H. VAN PARYS, ESQ. SBN 242234<br>NORDIC STAR<br>1000 TOWN CENTER DRIVE SUITE 300<br>OXNARD, CALIFORNIA 93036<br><br>TELEPHONE NO: (213)403-1800   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* NICHOLAS@NORDICSTARLAW.COM<br>ATTORNEY FOR *(Name):* PLAINTIFFS MANUEL VILLAREAL AND CLAUDINA VILLAREAL | E-FILED<br>4/20/2022 12:45 PM<br>Clerk of Court<br>Superior Court of CA,<br>County of Santa Clara<br>22CV397265<br>Reviewed By: M. Dominguez |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
  STREET ADDRESS: 191 NORTH FIRST STREET
  MAILING ADDRESS: 191 NORTH FIRST STREET
  CITY AND ZIP CODE: SAN JOSE 95113
  BRANCH NAME: DOWNTOWN SUPERIOR COURT

PLAINTIFF: MANUEL VILLAREAL; CLAUDINA VILLAREAL,

DEFENDANT: HOME DEPOT U.S.A., INC.; AND

[X] DOES 1 TO  10, INCLUSIVE.

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
  [ ] AMENDED *(Number):*
**Type** *(check all that apply):*
  [ ] MOTOR VEHICLE    [X] OTHER *(specify):* PREMISES LIABILITY,
  [ ] Property Damage    [ ] Wrongful Death    LOSS OF CONSORTIUM,
  [X] Personal Injury     [ ] Other Damages *(specify):*    NEGLIGENCE

**Jurisdiction** *(check all that apply):*
  [ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded   [ ] does not exceed $10,000
                      [ ] exceeds $10,000, but does not exceed $25,000
  [X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
  [ ] ACTION IS RECLASSIFIED by this amended complaint
        [ ] from limited to unlimited
        [ ] from unlimited to limited

CASE NUMBER:
22CV397265

1. **Plaintiff** *(name or names):* MANUEL VILLAREAL; CLAUDINA VILLAREAL,

   alleges causes of action against **defendant** *(name or names):* HOME DEPOT U.S.A., INC.; AND DOES 1 TO 10, INCLUSIVE,
2. This pleading, including attachments and exhibits, consists of the following number of pages:  6
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
           (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
           (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12

| | PLD-PI-001 |
|---|---|
| SHORT TITLE: VILLAREAL ET AL. V. HOME DEPOT U.S.A., INC. ET AL. | CASE NUMBER: |

4. ☐ Plaintiff *(name)*:

   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name)*:
      HOME DEPOT U.S.A., INC.

      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   c. ☐ **except** defendant *(name)*:

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   b. ☐ **except** defendant *(name)*:

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ **except** defendant *(name)*:

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: <u>1-5, INCLUSIVE</u> were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: <u>6-10, INCLUSIVE</u> are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: VILLAREAL ET AL. V. HOME DEPOT U.S.A., INC. ET AL. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☒ Other *(specify)*: LOSS OF CONSORTIUM

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify)*:
       LOSS OF CONSORTIUM

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: APRIL 19, 2023

NICHOLAS H. VAN PARYS, ESQ.
(TYPE OR PRINT NAME)                                    ▶    *[signature]*
                                                                (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: VILLAREAL ET AL. V. HOME DEPOT U.S.A., INC. ET AL. | CASE NUMBER: |
|---|---|

FIRST _____ CAUSE OF ACTION—General Negligence          Page ___ FOUR
   (number)

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: MANUEL VILLAREAL,

   alleges that defendant *(name)*:   HOME DEPOT U.S.A., INC.

   [X] Does 1_____ to 10, INCL

   was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
   on *(date)*: JANUARY 17, 2022
   at *(place)*: THE HOME DEPOT, 8850 SAN YSIDRO AVE, GILROY, CA 95020

   *(description of reasons for liability)*:
ON JANUARY 17, 2022, WHILE SHOPPING AT THE HOME DEPOT IN GILROY CALIFORNIA, A HOME DEPOT EMPLOYEE NEGLIGENTLY, CARELESSLY, AND RECKLESSLY CLIMBED A LADDER AND CAUSED CONDUIT AND METAL PIPING TO FALL ON PLAINTIFF'S HEAD.

DEFENDANT, HOME DEPOT U.S.A., INC., OWES A DUTY OF DUE CARE TO ITS VISITORS, INVITEES, LICENSEES, PATRONS, TO USE ORDINARY CARE AND SKILL IN THC MANAGEMENT OF ITS PROPERTY IN ASSURING THAT THE SUBJECT PRCMISCS IS SAFE FOR USE BY ITS PATRONS. DEFENDANT, HOME DEPOT U.S.A., INC., NEGLIGENTLY AND CARELESSLY, OWNED, OPERATED, MANAGED, CONTROLLED, AND/OR OTHERWISE MAINTAINED THE SUBJECT PROPERTY SO AS TO ALLOW A HAZARDOUS CONDITION TO PERSIST INSIDE THE SUBJECT PREMISES.

AS A PROXIMATE RESULT OF DEFENDANTS' NEGLIGENCE PLAINTIFF HAS BEEN AND IN THE FUTURE WILL BE REQUIRED TO OBTAIN THE SERVICES OF PHYSICIANS AND TO INCUR OTHER MEDICAL EXPENSES IN AN AMOUNT TO BE PROVEN AT TRIAL.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12

PLD-PI-001(4)

| SHORT TITLE: VILLAREAL ET AL. V. HOME DEPOT U.S.A., INC. ET AL. | CASE NUMBER: |
|---|---|

<u>SECOND</u>            CAUSE OF ACTION—Premises Liability            Page __FIVE__
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.  Plaintiff *(name)*: MANUEL VILLAREAL,
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: JANUARY 17, 2022   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:
ON JANUARY 17, 2022, WHILE SHOPPING AT THE HOME DEPOT IN GILROY CALIFORNIA, LOCATED AT 8850 SAN YSIDRO AVE, GILROY, CA 95020, A HOME DEPOT EMPLOYEE NEGLIGENTLY, CARELESSLY, AND RECKLESSLY CLIMBED A LADDER AND CAUSED CONDUIT AND METAL PIPING TO FALL ON PLAINTIFF'S HEAD.

Prem.L-2.  [X] **Count One--Negligence**  The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*: HOME DEPOT U.S.A., INC.; AND

[X] Does <u>1</u> to <u>10, INCL</u>

Prem.L-3.  [ ] **Count Two--Willful Failure to Warn**  [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does ____ to ____
Plaintiff, a recreational user, was [ ] an invited guest  [ ] a paying guest.

Prem.L-4.  [ ] **Count Three--Dangerous Condition of Public Property**  The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does ____ to ____
a. [ ] The defendant public entity had [ ] actual  [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants**  The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:

[X] Does <u>1</u> to <u>10, INCL</u>
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12

| | MC-025 |
|---|---|
| SHORT TITLE: VILLAREAL ET AL. V. HOME DEPOT U.S.A., INC. ET AL. | CASE NUMBER: 20STCV17372 |

**ATTACHMENT** *(Number):* 1_____
*(This Attachment may be used with any Judicial Council form.)*

THIRD CAUSE OF ACTION - LOSS OF CONSORTIUM                               PAGE     SIX

PLAINTIFF CLAUDINA VILLAREAL INCORPORATES BY REFERENCE AS IF FULLY SET FORTH HEREIN, THE GENERAL ALLEGATIONS AND EACH AND EVERY PARAGRAPH ABOVE.

PLAINTIFFS MANUEL VILLAREAL AND CLAUDINA VILLAREAL WERE MARRIED, AND AT ALL TIMES RELEVANT TO THIS ACTION WERE, AND ARE NOW, HUSBAND AND WIFE.

PRIOR TO PLAINTIFF MANUEL VILLAREAL'S INJURIES AS ALLEGED, HE WAS ABLE AND DID PERFORM DUTIES AS A SPOUSE. SUBSEQUENT TO THE INJURIES AND AS A PROXIMATE RESULT THEREOF, PLAINTIFF MANUEL VILLAREAL HAS BEEN UNABLE TO PERFORM THE NECESSARY DUTIES AS A SPOUSE AND THE WORK AND SERVICES USUALLY PERFORMED IN THE CARE, MAINTENANCE, AND MANAGEMENT OF THE FAMILY HOME, AND HE WILL BE UNABLE TO PERFORM SUCH WORK, SERVICE AND DUTIES IN THE FUTURE.

AS A PROXIMATE RESULT THEREOF, PLAINTIFF CLAUDINA VILLAREAL HAS BEEN PERMANENTLY DEPRIVED AND WILL BE DEPRIVED OF THE CONSORTIUM OF HER SPOUSE, INCLUDING THE PERFORMANCE OF DUTIES, ALL TO HER DAMAGE, IN AN AMOUNT PRESENTLY UNKNOWN BUT WHICH WILL BE PROVED AT THE TIME OF TRIAL.

AS A DIRECT AND PROXIMATE RESULT OF THE ACTS OF DEFENDANTS, THEIR "ALTERNATE ENTITIES", AND EACH OF THEM, AND THE SEVERE INJURIES CAUSED THEREBY TO PLAINTIFF MANUEL VILLAREAL AS SET FORTH IN THIS COMPLAINT, PLAINTIFF CLAUDINA VILLAREAL HAS SUFFERED, AND FOR A LONG PERIOD OF TIME WILL CONTINUE TO SUFFER, LOSS OF CONSORTIUM, INCLUDING, BUT NOT LIMITED, LOSS OF SERVICES, MARITAL RELATIONS, SOCIETY, COMFORT, COMPANIONSHIP, LOVE AND AFFECTION OF SAID SPOUSE, AND HAS SUFFERED SEVERE MENTAL AND EMOTIONAL DISTRESS AND GENERAL NERVOUSNESS AS A RESULT THEREOF.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1___ of 1___
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

CM-010

| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):* <br> NICHOLAS H. VAN PARYS, ESQ. SBN 242234 <br> NORDIC STAR <br> 1000 TOWN CENTER DRIVE SUITE 300 <br> OXNARD, CALIFORNIA 93036 | **FOR COURT USE ONLY** <br><br> Electronically Filed <br> by Superior Court of CA, <br> County of Santa Clara, <br> on 4/20/2022 12:45 PM <br> Reviewed By: M. Dominguez <br> Case #22CV397265 <br> Envelope: 8795692 |
|---|---|
| TELEPHONE NO.: (213)403-1800   FAX NO.: <br> ATTORNEY FOR *(Name)*: PLAINTIFFS MANUEL VILLAREAL AND CLAUDINA VILL | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA CLARA <br> STREET ADDRESS: 191 NORTH FIRST STREET <br> MAILING ADDRESS: 191 NORTH FIRST STREET <br> CITY AND ZIP CODE: SAN JOSE 95113 <br> BRANCH NAME: DOWNTOWN SUPERIOR COURT | |
| CASE NAME: VILLAREAL ET AL. V. HOME DEPOT U.S.A., INC. ET A | |

| **CIVIL CASE COVER SHEET** <br> [X] Unlimited  [ ] Limited <br> (Amount       (Amount <br> demanded       demanded is <br> exceeds $25,000)  $25,000 or less) | **Complex Case Designation** <br> [ ] Counter  [ ] Joinder <br><br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | CASE NUMBER: 22CV397265 <br><br> JUDGE: <br><br> DEPT: |
|---|---|---|

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400-3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [X] Other PI/PD/WD (23) | [ ] Wrongful eviction (33) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Writ of mandate (02) | |
| [ ] Wrongful termination (36) | [ ] Other judicial review (39) | |
| [ ] Other employment (15) | | |

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel  e. [ ] Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve            in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence       f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify)*: THREE
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: APRIL 19, 2022
NICHOLAS H. VAN PARYS, ESQ.
(TYPE OR PRINT NAME)                              ▶ /s/ Nicholas Van Parys
                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; <br> Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**  CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
  Auto (22)—Personal Injury/Property Damage/Wrongful Death
  Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
  Product Liability (*not asbestos or toxic/environmental*) (24)
  Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business Practice (07)
  Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice (*not medical or legal*)
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
    Contract/Warranty Breach—Seller Plaintiff (*not fraud or negligence*)
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage (*not provisionally complex*) (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment (*non- domestic relations*)
    Sister State Judgment
    Administrative Agency Award (*not unpaid taxes*)
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint (*not specified above*) (42)
    Declaratory Relief Only
    Injunctive Relief Only (*non- harassment*)
    Mechanics Lien
    Other Commercial Complaint Case (*non-tort/non-complex*)
    Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
  Partnership and Corporate Governance (21)
  Other Petition (*not specified above*) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]   **CIVIL CASE COVER SHEET**   Page 2 of 2